COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:              01-13-00143-CV

Style:                    Lavine Thomas

v. Glen Ginter, Richard J. Griffin a/k/a R. Jason Griffin, Griffin Law Firm, PLLC, John

Grady Griffin, Innova Mortgage, LLC, Lavine Thomas Properties, LLC, and Innova

Financial, LLC

Date motion filed[*]:        August 23, 2013

Type of motion:         Motion for extension of time to file reply brief

Party filing motion:      Appellant

Document to be filed:    Reply brief

Is appeal accelerated?     No

If motion to extend time:

        Original due date:              September 3, 2013

        Number of previous extensions granted:        Current Due date:  September 3, 2013

        Date Requested:           October 1, 2013

Ordered that motion is:

    ☑        Granted

              If document is to be filed, document due:  October 1, 2013

              ☑  Absent extraordinary circumstances, the Court will not grant appellant additional motions to extend time

    ☐        Denied

    ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐        Other: _____

Judge's signature:   <u>Justice Rebeca Huddle</u>
                      ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  August 28, 2013